IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Camodeca, Perry A | Case Number: 05 B 19020 |
|---|---|---|
| | Camodeca, Susan C | Judge: Wedoff, Eugene R |
| | Printed: 8/14/07 | Filed: 5/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: August 7, 2007
Confirmed: June 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 44,122.13 | |
| Secured: | | 23,542.89 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 4,175.50 |
| Trustee Fee: | | 1,403.74 |
| Other Funds: | | 15,000.00 |
| Totals: | 44,122.13 | 44,122.13 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 4,510.73 | 4,175.50 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 4. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 8,485.64 | 973.81 |
| 6. | First Northern Credit Union | Secured | 5,691.17 | 4,542.33 |
| 7. | American General Finance | Secured | 4,683.09 | 3,712.10 |
| 8. | DaimlerChrysler Servs North America | Secured | 16,752.98 | 13,485.81 |
| 9. | ECast Settlement Corp | Secured | 1,045.63 | 828.84 |
| 10. | Rx Acquisitions | Unsecured | 310.92 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 741.95 | 0.00 |
| 12. | Arrow Financial Services | Unsecured | 1,199.96 | 0.00 |
| 13. | Midland Credit Management | Unsecured | 430.78 | 0.00 |
| 14. | RJM Acquisitions LLC | Unsecured | 159.16 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 2,757.32 | 0.00 |
| 16. | CitiFinancial | Unsecured | 5,668.05 | 0.00 |
| 17. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Best Buy | Unsecured | | No Claim Filed |
| 20. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 21. | First Northern Credit Union | Unsecured | | No Claim Filed |
| | | | $ 52,437.38 | $ 27,718.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Camodeca, Perry A             Case Number:  05 B 19020
        Camodeca, Susan C             Judge:  Wedoff, Eugene R
        Printed:  8/14/07             Filed:  5/12/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 103.20 |
| 5.5% | 505.56 |
| 5% | 86.40 |
| 4.8% | 708.58 |
|  | _____ |
|  | $ 1,403.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_